IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

\*
\*
\*

## ORDER

This case has been assigned to J. Frederick Motz. Judge Motz is a District Judge in the District of Maryland, sitting by designation in the White Plains Division of the Southern District of New York, for the purpose of managing cases that would have been assigned to Judge Stephen Robinson until Judge Robinson's successor is appointed.

Judge Motz does not have Individual Rules of Practice.

If a motion to dismiss is filed in this action, Judge Motz will decide whether a hearing should be held. If so, the hearing will be by teleconference or videoconference. Judge Motz will be in contact with counsel to arrange the teleconference or videoconference.

When answer(s) have been filed, Judge Motz will issue a tentative scheduling order (using the form he ordinarily uses) and schedule a telephone conference with counsel to discuss the tentative order.

If you have any questions, you should contact Judge Motz's judicial assistant, Mary Ellen Claypoole. Her telephone number is 410-962-0782.

Courtesy copies of all papers filed in excess of 15 pages should be sent to Ms. Claypoole at the following address: U.S. District Court, Suite 510, 101 West Lombard Street, Baltimore, MD 21201.

/s/ J. Frederick Motz
United States District Judge