UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSCHE ALTMAN,

                              Plaintiff,

   -vs-

                                                     **Case No. 10-CV-8921**

FORSTER & GARBUS, LLP,

                              Defendant.

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Forster & Garbus, LLP, ("F&G"), submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1:

F&G has no parent corporation and no corporation owns 10% or more of Defendant F&G's stock.

                                                            Respectfully submitted,

                                                            /s/:  Glenn M. Fjermedal
                                                            Glenn M. Fjermedal, Esq.
                                                           DAVIDSON FINK LLP
                                                           28 Main Street East, Suite 1700
                                                           Rochester, New York 14614-1990
                                                           Tel.: (585) 546-6448
                                                           gfjermedal@davidsonfink.com

                                                           Attorneys for Defendant