UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

MOSHE ALTMAN

                Plaintiff

              v.

FOSTER AND GARBUS

              Defendant.

------------------------------------------------X

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

CIVIL NO. JFM-10-8921

The above entitled action is referred to the Honorable LISA MARGARET SMITH

United States Magistrate Judge, for the following purpose(s):

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

_X_ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF

SO ORDERED:

Dated: ~~White Plains, New York~~ BALTIMORE, MD

/s/
United States District Judge
J. FREDERICK MOTZ

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd          Rev. 9/10