UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

January 25, 2011

MEMO TO COUNSEL RE: Altman v. Foster and Garbus
Civil No. JFM-10-8921

Dear Counsel:

    I am today entering a scheduling order incorporating the dates set forth in the tentative scheduling order I previously sent to you.

    I have emailed Judge Lisa Smith and asked her to set in a settlement conference with you as soon as her schedule permits.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge