## CERTIFICATE OF SERVICE

US Southern District NY (New York) Court

County of Southern District State of New York

| | |
|---|---|
| Mosche Altman<br><br>vs<br><br>Forster and Garbus | Index Number - 10 CIV 08921<br><br>Sheriff File Number – 5  00845350 |

State of New York – County of Suffolk     SS:

I, Deputy Sheriff Gary Pizer, Badge # 198 of the Suffolk County Sheriff's Office, certify and affirm that on 12/11/2010 at approximately 11:00AM, at 500 BiCounty Boulevard, Suite 300 Farmingdale, NY 11735  served the within Copy of Summons in a Civil Action and Complaint for Violation upon Forster and Garbus, the defendant named therein, in the following manner.

CORPORATION

By delivering to and leaving with Megan Rote the Supervisor for the defendant personally a true copy thereof

MAILED

By mailing on 12/11/2010 a copy of the annexed to the defendant at her actual place of business which was 500 BiCounty Boulevard
Suite 300
Farmingdale, NY 11735

NON-MILITARY

At the time of service Megan Rote was asked if the defendant was in the Military Service of the U.S. Government and Megan Rote replied no.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Female  Height: 5' 6"  Weight:
Age: 26

Dated:
Saturday, December 11, 2010
Yaphank, NY

_____
Gary Pizer                       198
Deputy Sheriff                Badge Number